IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| PERFORMANCE SPINE AND SPORTS MEDICINE OF NEWTOWN, LLC. | : : | BANKR. NO. 21-10378 (MDC) |
| | : | |
| Debtor. | : | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the Notice of Motion and Certificate of Service filed at Docket Entries #14.

DATED: 3/2/2021

BY:   /s/ *Brad J. Sadek*
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
Attorney for Debtors