IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| PERFORMANCE SPINE AND | : | |
| SPORTS MEDICINE OF NEWTOWN, LLC | : | |
| | : | |
| Debtor | : | Bankruptcy No. 21-10378 |

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Counsel for Chapter 7 Trustee, hereby certify that:

1. The Notice of Motion, Response Deadline and Hearing Date as regards Motion of Chapter 7 Trustee's for an Order Pursuant to Fed.R.Bankr.P.9019 Approving Settlement Agreement, was served upon the U.S. Trustee's Office, Debtor's Counsel, Brad J. Sadek, Esquire, all creditors listed on debtor's matrix, and parties in interest by U.S. Mail, first class, postage prepaid and/or electronic means on July 8, 2021.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 08/09/21

Robert H. Holber, Esquire
Chapter 7 Trustee
41 East Front Street
Media, PA 19063
(610) 565-5463

Counsel for Chapter 7 Trustee