IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PERFORMANCE SPINE AND SPORTS  :  CHAPTER 7
      MEDICINE OF NEWTOWN, LLC         :
          Debtor                       :  Bankruptcy No. 21-10378 MDC

ORDER PURSUANT TO BANKRUPTCY RULE 9019(a)
APPROVING SETTLEMENT AGREEMENT

AND NOW, this _____ day of _____ 2021, upon consideration of the Motion of Robert H. Holber, Chapter 7 Trustee (the "Trustee") for an Order Pursuant to Fed.R.Bankr.9019 Approving Settlement Agreement (the "Motion"), and the Court having found that sufficient cause hereby exists, and sufficient notice was provided to all parties entitled to receive such notice, it is hereby:

    1.  ORDERED, that Motion is granted in all respects.

    2.  ORDERED, that the Settlement is hereby approved in all respects pursuant to 11 U.S.C. §105(a) and Bankruptcy Rule 9019;;

    3. ORDERED, the Trustee shall release BofA from avoidance and recovery of the Transfers once the settlement check is received;

    4.  ORDERED, that the Trustee is authorized to take all such action necessary under the Settlement to effectuate the Settlement;

    5. ORDERED, the referenced matter in the Motion is settled;

    6. ORDERED, that this Order is final order within the

meaning of 28 U.S.C. §§ 157 and 158 and is effective immediately upon entry.

Dated: August 11, 2021

BY THE COURT:

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge