United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 21-10378-mdc

Performance Spine and Sports Medicine of                                                  Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Performance Spine and Sports Medicine of Newtown L, 828A Newtown-Yardley Road, Newtown, PA 18940-4012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 11 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Performance Spine and Sports Medicine of Newtown LLC brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| DANA S. PLON | on behalf of Creditor 826 Newtown Associates  L.P. dplon@sirlinlaw.com |

District/off: 0313-2                         User: admin                                      Page 2 of 2
Date Rcvd: Aug 11, 2021                      Form ID: pdf900                                   Total Noticed: 2

REBECCA ANN SOLARZ
                    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

ROBERT H. HOLBER
                    on behalf of Attorney ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
                    trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
                    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PERFORMANCE SPINE AND SPORTS   :   CHAPTER 7
       MEDICINE OF NEWTOWN, LLC   :
                Debtor   :   Bankruptcy No. 21-10378 MDC

ORDER PURSUANT TO BANKRUPTCY RULE 9019(a)
APPROVING SETTLEMENT AGREEMENT

AND NOW, this        day of                    2021, upon

consideration of the Motion of Robert H. Holber, Chapter 7

Trustee (the "Trustee") for an Order Pursuant to Fed.R.Bankr.9019

Approving Settlement Agreement (the "Motion"), and the Court

having found that sufficient cause hereby exists, and sufficient

notice was provided to all parties entitled to receive such

notice, it is hereby:

    1.   ORDERED, that Motion is granted in all respects.

    2.   ORDERED, that the Settlement is hereby approved in all

respects pursuant to 11 U.S.C. §105(a) and Bankruptcy Rule 9019;;

    3. ORDERED, the Trustee shall release BofA from avoidance

and recovery of the Transfers once the settlement check is

received;

    4.   ORDERED, that the Trustee is authorized to take all such

action necessary under the Settlement to effectuate the

Settlement;

    5. ORDERED, the referenced matter in the Motion is settled;

    6. ORDERED, that this Order is final order within the

meaning of 28 U.S.C. §§ 157 and 158 and is effective immediately

upon entry.


Dated: August 11, 2021                    BY THE COURT:


                                          _Magdeline D. Coleman_
                                          Magdeline D. Coleman
                                          Chief U.S. Bankruptcy Judge