Bank of America, N.A.
PO Box 31785
Tampa, FL 33631-3785

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re:  PERFORMANCE SPINE AND SPORTS MEDICINE OF NEWTOWN LLC
CHAPTER: #7
CASE NUMBER: #21-10378

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 1995 in the amount of $49,501.00
3. Docketed by the court on 05/18/2021 Claim number #2.

You are notified that such proof of claim is hereby withdrawn.

DATED: 08/26/2021

Bank of America, N.A.

/s/  Barbara Tapia-Maze, Assistant Vice President