**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 7** |
| | : | |
| **PERFORMANCE SPINE & SPORTS** | : | **Bank. No. 21-10378** |
| **MEDICINE OF NEWTOWN, LLC** | : | |
| Debtor | : | |

### ORDER

**AND NOW,** this __3rd__ day of __November__ 2021 upon consideration of the Objection of Robert H. Holber, Trustee, to Proof of Claim No. 1 filed by Performance Spine & Sports Medicine, LLCr (the "Objection"), and after notice and hearing; it is hereby

**ORDERED**, that the Objection is **SUSTAINED**; and it is further

**ORDERED**, that Proof of Claim No. 1 is hereby **DENIED.**

**BY THE COURT:**

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE