United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10378-mdc |
| Performance Spine and Sports Medicine of | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 01, 2022 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Performance Spine and Sports Medicine of Newtown L, 828A Newtown-Yardley Road, Newtown, PA 18940-4012 |
| cr | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, Room 925, Harrisburg, PA 17121-0001 |
| 14615431 | + | 826 NEWTOWN ASSOCIATES, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 14587206 | + | 826 Newtown Associates, L.P., c/o Dana S. Plon, Esq., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 14583395 | + | 826 Newtown Associates, L.P., 55 Lane Road, Suite 430, Fairfield, NJ 07004-1015 |
| 14583398 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 14615975 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14583397 | + | Balboa Capital, PO Box 844803, Los Angeles, CA 90084-4803 |
| 14611251 | + | Balboa Capital Corporation, 575 Anton Blvd., 12th Floor, 12th Floor, Costa Mesa, Costa Mesa, CA 92626-7169 |
| 14608485 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14583399 | + | CAPEHART, SCATCHARD, 8000 Midlantic Dr, Ste 300S, Mount Laurel, NJ 08054-1543 |
| 14611823 | + | Capehart & Scatchard, PA, 8000 Midlantic Drive, Suite 300S, Mount Laurel, NJ 08054-1543 |
| 14583400 | + | Energy Management Systems, 826 Newtown Associates LP, PO Box 78622, Philadelphia, PA 19178-0001 |
| 14583401 | | Evolve IP, PO Box 1023, Southeastern, PA 19398-1023 |
| 14629175 | + | Independence Blue Cross, LLC, on behalf of QCC Insurance, c/o Carlesha Kyle, 1901 Market Street, 17th Floor, Philadelphia PA 19103-1463 |
| 14583403 | + | Mirion, Dosimetry Services Division, 2652 McGraw Avenue, Irvine, CA 92614-5840 |
| 14606843 | + | Office of Unemployment Comp Tax Svcs, Depart of Labor and Industry, Commonwealth of Pennsylvania, 651 Boas Street, Room 925, Harrisburg PA 17121-0751 |
| 14583404 | | PECO, P.O. Box 37629, Prospect Park, PA 19076 |
| 14583406 | + | PT Administrative Services, LLC, 900 Route 9 North, Suite 410, Woodbridge, NJ 07095-1003 |
| 14583405 | + | Performance Pain & Sports Medicine, LLC, 4056 Quakerbridge Rd, Suite 111, Lawrence Township, NJ 08648-4779 |
| 14607761 | + | Performance Spine & Sportss Medicine, LLLC, c/o Matthias Wiederholz, 4056 Quakerbridge Rd, Ste 111, Lawrenceville NJ 08648-4779 |
| 14628344 | + | State of NJ, Dept of Labor, Div. of Employer Accts, PO Box 379, Trenton, Trenton, NJ 08625-0379 |
| 14583408 | + | Waterlogic, 3175 Bass Pro Drive, Grapevine, TX 76051-1987 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 01 2022 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 01 2022 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 01, 2022 | Form ID: pdf900 | Total Noticed: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14583402 | | Evolved Office |
| 14583407 | | Verizon Business |
| cr | *+ | 826 Newtown Associates, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 14583396 | *+ | 826 Newtown Associates, L.P., 55 Lane Road, Suite 430, Fairfield, NJ 07004-1015 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Performance Spine and Sports Medicine of Newtown LLC brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| DANA S. PLON | on behalf of Creditor 826 Newtown Associates  L.P. dplon@sirlinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Attorney ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: § § | |
| Performance Spine And Sports Medici § § | Case No. 21-10378 MDC |
| Debtor § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ROBERT H. HOLBER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. BANKRUPTCY COURT CLERK
900 Market Street, Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/30/2022 in Courtroom 2,
United States Courthouse
900 Market Street, Ste 400
Philadelphia, Pa 19017
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/28/2022                By: /s/ _____
                                               Chapter 7 Trustee

*Robert H. Holber, Trustee*
*41 E. Front Street*
*Media, PA 19063*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | § | |
| --- | --- | --- |
| | § | |
| Performance Spine And Sports Medici | § | Case No. 21-10378 MDC |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 70,576.19 |
| and approved disbursements of | $ | 540.15 |
| leaving a balance on hand of[1] | $ | 70,036.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Robert H. Holber, Trustee | $ 6,778.81 | $ 0.00 | $ 6,778.81 |
| Trustee Expenses: Robert H. Holber, Trustee | $ 100.56 | $ 0.00 | $ 100.56 |
| Other: 826 NEWTOWN ASSOCIATES, L.P. | $ 15,000.00 | $ 0.00 | $ 15,000.00 |

| | |
| --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ 21,879.37 |
| Remaining Balance | $ 48,156.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 213,592.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Capehart & Scatchard, PA | $ 68,955.31 | $ 0.00 | $ 15,546.67 |
| 3A | Balboa Capiital Corporation | $ 67,994.77 | $ 0.00 | $ 15,330.11 |
| 5A | 826 NewtownAssociates, L.P. | $ 76,642.79 | $ 0.00 | $ 17,279.89 |

Total to be paid to timely general unsecured creditors   $ 48,156.67

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 954.04 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | State of NJ, Dept of Labor, Div. of | $ 703.83 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Independence Blue Cross, LLC | $ 250.21 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert H. Holber
Trustee

Robert H. Holber, Trustee
41 E. Front Street
Media, PA 19063

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*