IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 7 |
| | : | |
| PERFORMANCE SPINE AND SPORTS MEDICINE OF NEWTONW, LLC | : | |
| | : | |
| Debtor | : | |
| | : | BANKRUPTCY NO.: 21-10378- MDC |

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. A Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object along with a copy of Proposed Distribution was filed on February 28, 2022 and served upon the U.S. Trustee's Office, Debtor's Counsel, Brad J. Sadek, Esquire, all creditors listed on debtor's matrix and all creditors who filed claims on or about February 28, 2022.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Date: 03/28/22

ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee
41 E. Front Street
Media, PA   19063
(610) 565-5463