IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  :Chapter 7

PERFORMANCE SPINE AND
SPORTS MEDICINE

Debtor(s)   :BANKRUPTCY NO. 21-10378 - MDC

## ORDER OF DISTRIBUTION

**AND NOW,** this 6th day of April 2022, the Trustee Robert H. Holber, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred and twenty five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge