# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  :Chapter 7

PERFORMANCE SPINE AND
SPORTS MEDICINE

Debtor  :BANKRUPTCY NO. 21-10378 - MDC

## ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this 6th day of April 2022, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge