United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-10378-mdc
Performance Spine and Sports Medicine of Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Apr 07, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Performance Spine and Sports Medicine of Newtown L, 828A Newtown-Yardley Road, Newtown, PA 18940-4012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Performance Spine and Sports Medicine of Newtown LLC brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DANA S. PLON | on behalf of Creditor 826 Newtown Associates L.P. dplon@sirlinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Attorney ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Apr 07, 2022 Form ID: pdf900 Total Noticed: 1

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        CHAPTER 7
Performance Spine And Sports Medici                 :
                                                    :        Bankruptcy No. 21-10378-MDC
                  DEBTOR                            :

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this   6th   day of   April   2022, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $6,778.81 is reasonable compensation for the services rendered in this case by Robert H. Holber, Esquire, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $100.56 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge